

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2014

No. 04-14-00021-CV

Jose Manuel **PELAYO**,
Appellant

v.

Adriana C. **PELAYO**,
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2013CVG000070 C1
Honorable Alvino (Ben) Morales, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice

Appellant is pro se on appeal. On March 27, 2014, appellant filed an appellate brief that does not comply with the Texas Rules of Appellate Procedure because it does not provide appropriate citations to either the clerk's record or the reporter's record. *See* TEX. R. APP. P. 38.1(d), (g), (i). All appellate briefs must "contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." TEX. R. APP. P. 38.1(i). Appellant's brief also does not comply with Rule 38.1 because it does not contain appropriate citations to authorities. TEX. R. APP. P. 38.1(i).

Although we understand that appellant is acting pro se, and we will give a reasonable but liberal construction to his brief, substantial compliance with Rule 38.1 is still required. TEX. R. APP. P. 38.9. However, if Rule 38.1 has been flagrantly violated, this court may require a brief to be amended, supplemented, or redrawn. TEX. R. APP. P. 38.9(a). If another noncomplying brief is filed, the court may strike the brief, prohibit the party from filing another, and proceed as if the party had failed to file a brief. *Id.*

Because appellant's brief does not substantially comply with Rule 38.1, appellant is hereby ORDERED to file an amended brief that complies with the rule <u>no later than April 21,</u>

2014.  If appellant fails to timely file a brief that complies with Rule 38.1 by April 21, 2014, this appeal will be dismissed for want of prosecution.  TEX. R. APP. P. 38.8(a)(1).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2014.

Keith E. Hottle
Clerk of Court